AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAY 24 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-19-1193-M |
| Johnathan Ivan TORRES, YOB: 2000 (USA) | ) |
| Jose Guadalupe LOPEZ, YOB: 1980 (USA) | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/22/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 7.575 kilograms, a schedule II controlled substance. |
| 21 USC 841 | |

This criminal complaint is based on these facts:

(See Attachment I).

☐ Continued on the attached sheet.

Approved by: [signature] Please assign to AA
Sworn to before me and signed in my presence.

Date: 5/24/2019

City and state: McAllen, Texas

*Complainant's signature*
Danielle Martin, DEA Special Agent
*Printed name and title*

*Judge's signature*
J. Scott Hacker, US Magistrate Judge
*Printed name and title*

**ATTACHMENT 1**

1. On May 16, 2019, Drug Enforcement Administration (DEA) agents observed Jose Guadalupe LOPEZ (hereafter, LOPEZ) meet with an undercover agent (UC) in McAllen, TX. During the meeting, LOPEZ agreed to provide the UC with five (5) kilograms of crystal methamphetamine in exchange for one (1) kilogram of cocaine from the UC.
2. On May 22, 2019, LOPEZ agreed to conduct the aforementioned drug transaction with the UC. On this same date, at approximately 6:20 p.m., agents observed LOPEZ meet with the UC at Walmart in Donna, TX. Several minutes later, agents observed Johnathan Ivan TORRES (hereafter, TORRES) arrive to the Walmart and meet with LOPEZ and the UC. Shortly after, the UC confirmed that LOPEZ and TORRES were in possession of the suspected crystal methamphetamine. Agents subsequently arrested LOPEZ and TORRES and seized approximately 7.575 kilograms of suspected methamphetamine from inside TORRES' vehicle.
3. Agents conducted a post-arrest interview of LOPEZ. Prior to conducting the interview, LOPEZ was read his Miranda warnings. LOPEZ stated that he understood his rights and voluntarily agreed to speak with agents. LOPEZ admitted that he travelled to Walmart with TORRES that same day to conduct the methamphetamine transaction. LOPEZ stated that TORRES was the methamphetamine source of supply. LOPEZ admitted that he coordinated the drug transaction between TORRES and the UC. LOPEZ stated that LOPEZ and TORRES were going to trade the methamphetamine in exchange for one (1) kilogram of cocaine. LOPEZ further stated that TORRES and LOPEZ were going to be paid from the proceeds of selling the cocaine.
4. Agents conducted a post-arrest interview of TORRES. Prior to conducting the interview, TORRES was read his Miranda warnings. TORRES stated that he understood his rights and voluntarily agreed to speak with agents. TORRES stated that he received the 7.575 kilograms of methamphetamine several months prior from an unknown individual and that he contacted LOPEZ to help find a buyer for the methamphetamine. TORRES stated that LOPEZ contacted him on May 22, 2019 and told TORRES that he found a buyer for the methamphetamine. TORRES stated that he travelled to Walmart in Donna, TX to conduct the methamphetamine transaction. TORRES stated that the methamphetamine was going to be traded for one (1) kilogram of cocaine. TORRES stated that he and LOPEZ were going to split the proceeds from the cocaine. TORRES also admitted that he has been involved in the transportation and sale of methamphetamine on several prior occasions.